AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |  |
|---|---|---|
| AARON KING and ANDRIN JANQUENOUD, on behalf of themselves, FLSA Collective Plaintiffs, and the Class, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) | |
| PASSON & PASSON CORP., et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    C.K. Lee, Esq.,
    Lee Litigation Group, PLLC
    148 West 24th Street, Eighth Floor,
    New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/18/2022                                    /S/ V. BRAHIMI

                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## <u>SUMMONS RIDER</u>

DEFENDANT(S) ADDRESS(ES)

- PASSON & PASSON CORP.
  613 W 145th Street
  New York, NY 10031
- 229 BLEECKER LLC
  d/b/a TERRA
  408 W 145th Street
  New York, NY 10031
- 225 WEST BROADWAY CORP
  d/b/a ATTRAVERSA
  c/o RESHMA HIRA
  613 W 145th Street
  New York, NY 10031
- GOOD LUCK RIBBON CORP.
  d/b/a ARICCIA
  613 W 145th Street
  New York, NY 10031
- 7 WASHINGTON LANE CORP.
  d/b/a ARIA HELL'S KITCHEN
  408 W 145th Street
  New York, NY 10031
- 228 BLEECKER LLC
  d/b/a ARIA
  408 W 145th Street
  New York, NY 10031
- BRICIOLA CORP.
  d/b/a BRICIOLA
  408 W 145th Street
  New York, NY 10031
- 230 BLEECKER CORP.
  d/b/a COTENNA
  400 West 56th Street, Suite 5H
  New York, NY 10019
- 62 CARMINE CORP.
  d/b/a CODINO
  613 W 145th Street
  New York, NY 10031

- 329 BLEECKER CORP.
  d/b/a LABORATORIO
  408 W 145th Street
  New York, NY 10031
- ROBERTO PASSON
  c/o PASSON & PASSON CORP.
  613 W 145th Street
  New York, NY 10031
- TANYA HIRA-PASSON
  c/o PASSON & PASSON CORP.
  613 W 145th Street
  New York, NY 10031