**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AARON KING and ANDRIN JANQUENOUD,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

PASSON & PASSON CORP.,
229 BLEECKER LLC
    d/b/a TERRA,
225 WEST BROADWAY CORP
    d/b/a ATTRAVERSA,
GOOD LUCK RIBBON CORP.
    d/b/a ARICCIA,
7 WASHINGTON LANE CORP.
    d/b/a ARIA HELL'S KITCHEN,
228 BLEECKER LLC
    d/b/a ARIA,
BRICIOLA CORP.
    d/b/a BRICIOLA,
230 BLEECKER CORP.
    d/b/a COTENNA,
62 CARMINE CORP.
    d/b/a CODINO,
329 BLEECKER CORP.
    d/b/a LABORATORIO,
ROBERTO PASSON,
and TANYA HIRA-PASSON

                Defendants.

---

Case No.: 1:22-cv-06060

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFCATION AND COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff KING, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby move for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

1

Dated: New York, New York　　　　　　　　　Respectfully submitted,
　　　　　December 13, 2022

**LEE LITIGATION GROUP, PLLC**

By:　/s/ C.K. Lee
　　　C.K. Lee, Esq. (CL 4086)
　　　148 West 24th Street, Eighth Floor
　　　New York, NY 10011
　　　Tel: (212) 465-1188
　　　Fax: (212) 465-1181
　　　*Attorneys for Plaintiffs, FLSA Collective*
　　　*Plaintiffs and the Class*