# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

December 22, 2022

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Aaron King, et al. v. Passon & Passon Corp.*
           No. 22 Civ. 06060 (JPC) (RWL)

Dear Judge Cronan:

    We represent Defendants in the above-referenced action and submit this letter to request a two-week extension of the current deadline for Defendants to file its opposition to Plaintiffs' Motion for Conditional Certification of the FLSA Collective, currently due on January 5, 2022.

    The reason for this request is that Defendants' counsel will be on vacation for the next week, and given the busy holiday season, it will be difficult for Defendants who operate restaurants to meet with counsel to provide declarations and information required for the opposition. Accordingly, Defendants request that the Court extend its deadline to file an opposition to Plaintiffs' motion to January 19, 2023, and for Plaintiffs' deadline to file its reply be extended to January 26, 2023.

    This is the first request for an extension of this deadline and Plaintiffs consent to this request.

    We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              *s/ Vivianna Morales*

                              Vivianna Morales

cc:  Counsel for Plaintiffs (via ECF)

The request is granted. Defendants' deadline to oppose Plaintiffs' motion for conditional certification is adjourned to January 19, 2023. The deadline for replies, if any, is adjourned to January 26, 2023. The Clerk of Court is respectfully directed to close Docket Number 34.

SO ORDERED.

December 23, 2022
New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge