# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

January 17, 2023

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Aaron King, et al. v. Passon & Passon Corp.*
        No. 22 Civ. 06060 (JPC) (RWL)

Dear Judge Cronan:

    We represent Defendants in the above-referenced action and submit this letter jointly with counsel for Plaintiffs.

    Counsel for the parties report that they have had preliminary settlement discussions, and jointly request a thirty-day extension of the briefing deadlines set forth in the Court's Order entered on December 27, 2022 to continue those discussions. Accordingly, the parties request that the Court adopt the revised briefing scheduling for Plaintiffs' Motion for Conditional Certification of the FLSA Collective:

        Defendants' Opposition:  February 20, 2023
        Plaintiffs' Reply (if any):  March 6, 2023

    We thank the Court for its consideration of this matter.

                        Respectfully submitted,

                        *s/ Vivianna Morales*

                        Vivianna Morales

cc: Counsel for Plaintiffs (via ECF)

The request is granted. Defendant's deadline to oppose Plaintiff's motion for conditional certification is adjourned to February 20, 2023. The deadline for replies, if any, is adjourned to March 6, 2023. The parties should inform the Court at any point if they would like a referral to the Court-annexed Mediation Program or to the Honorable Robert W. Lehrburger for a settlement conference.

SO ORDERED.

January 18, 2023
New York, New York

                                                                                                                 _____
                                                                                                                 JOHN P. CRONAN
                                                                                                                 United States District Judge