# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

March 6, 2023

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Aaron King, et al. v. Passon & Passon Corp.*
         No. 22 Civ. 06060 (JPC) (RWL)

Dear Judge Cronan:

    We represent Defendants in the above-referenced action and jointly submit this letter to request that the briefing schedule for Plaintiffs' Motion for Conditional Certification of the FLSA Collective, entered by the Court on February 17, 2023 (ECF No. 42) be adjourned by ten days. The parties have resumed their settlement discussions and make this joint request to preserve attorney and judicial resources while they work towards a possible resolution.

    The parties previously made two joint applications to extend the briefing schedule, and Defendants last requested an extension of this briefing schedule on February 16, 2023, while the parties discussed potential resolution. *See* ECF Nos. 34, 39, 41.

    We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                *s/ Vivianna Morales*

                                Vivianna Morales

cc:  Counsel for Plaintiffs (via ECF)

---

The request is granted.  Defendants' deadline to oppose Plaintiffs' motion for conditional certification is adjourned to March 16, 2023.  Plaintiffs; deadline to reply is adjourned to March 30, 2023.  The Clerk of Court is respectfully directed to close Docket Number 43.

SO ORDERED.

March 6, 2023
New York, New York

                                JOHN P. CRONAN
                                United States District Judge