**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AARON KING and ANDRIN JANQUENOUD, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

                  Plaintiffs,

   v.

PASSON & PASSON CORP., 229 Bleecker LLC d/b/a TERRA, 225 WEST BROADWAY CORP. d/b/a ATTRAVERSA, GOOD LUCK RIBBON CORP. d/b/a ARICCIA, 7 WASHINGTON LANE CORP. d/b/a ARIA HELL'S KITCHEN, 228 BLEECKER LLC d/b/a ARIA, BRICIOLA CORP. d/b/a BRICIOLA, 230 BLEECKER CORP. d/b/a COTENNA, 62 CARMINE CORP. d/b/a CODINO, 329 BLEECKER CORP. d/b/a LABORATORIO, ROBERTO PASSON and TANYA HIRA-PASSON,

                  Defendants.

**Case No.**: 22-cv-06060

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PASSON & PASSON CORP., 229 Bleecker LLC d/b/a TERRA, 225 WEST BROADWAY CORP. d/b/a ATTRAVERSA, GOOD LUCK RIBBON CORP. d/b/a ARICCIA, 7 WASHINGTON LANE CORP. d/b/a ARIA HELL'S KITCHEN, 228 BLEECKER LLC d/b/a ARIA, BRICIOLA CORP. d/b/a BRICIOLA, 230 BLEECKER CORP. d/b/a COTENNA, 62 CARMINE CORP. d/b/a CODINO, 329 BLEECKER CORP. d/b/a LABORATORIO, ROBERTO PASSON and TANYA HIRA-PASSON ("Defendants"), having offered to allow Plaintiffs AARON KING and ANDRIN JANQUENOUD ("Plaintiffs") to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), to resolve all of Plaintiffs' claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 14, 2023 and filed as Exhibit A to Docket Number 45;

**WHEREAS**, on March 15, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 45);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs AARON KING and ANDRIN JANQUENOUD, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 14, 2023 and filed as Exhibit A to Docket Number 45. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023          _____
         New York, New York                                              U.S.D.J.